DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROL A. PREUDHOMME,**
Appellant,

v.

**LUIS P. GUTIERREZ,**
Appellee.

No. 4D22-1964

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE10-009485 (38).

Carol A. Preudhomme, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***